## (June 14, 1937.)

Emil Feldberg, Appellant, v. Irving W. Geiger and Others, Defendants; Wilhelmina C. Geiger, Individually and as Administratrix, etc., of William Geiger, Deceased, Respondent.— On argument, order denying plaintiff's motion to remove to the Supreme Court and consolidate with this action a proceeding pending in the Justice's Court of the village of Lawrence affirmed, with ten dollars costs and disbursements. Motion for a stay, made on argument denied. Hagarty, Carswell, Johnston, Taylor and Close, JJ., concur.

James J. McLoughlin, as Receiver, Respondent, v. Walter W. McMeekan, as Trustee, etc., Appellant.— On argument, order in so far as it denies defendant's motion to strike out plaintiff's reply as sham and frivolous affirmed, with ten dollars costs and disbursements. Hagarty, Carswell, Johnston, Taylor and Close, JJ., concur.

Sylvia Suffin, Respondent, v. M. Binkowitz & Sons, Inc., Morris Binkowitz, and Carl Binkowitz, Appellants.— On argument, resettled order granting plaintiff an examination of the defendants before trial and a discovery and inspection of books and records in a judgment creditor's action to set aside a transfer of an interest in a corporation, affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice. No opinion. Hagarty, Carswell, Johnston, Taylor and Close, JJ., concur.

## (June 18, 1937.)

In the Matter of the Appointment of Hon. Arthur S. Tompkins as an Official Referee.— Hon. Arthur S. Tompkins appointed an official referee, to take effect from and after July 1, 1937. Present — Lazansky, P. J., Hagarty, Carswell, Davis, Johnston, Adel, Taylor and Close, JJ.

The Bowery Savings Bank, Respondent, v. Plymouth Colony Corporation, Harold Walters and The Town of Hempstead, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

Alexander H. Carroad, as Trustee in Bankruptcy of Yonkers Contracting Company, Inc., Appellant, v. The Yonkers National Bank and Trust Company, Respondent, Impleaded with Anthony Cianciulli, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

Mildred A. Durbin, Substituted in the Place and Stead of Agnes S. Hobart, Deceased Plaintiff, Appellant, v. George L. Hobart, Respondent.— Motion for leave to reargue motion for reargument and for other relief denied, without costs. Present — Hagarty, Carswell, Davis, Adel and Taylor, JJ.

Mary Fusik, Appellant, v. George G. Scholl, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Davis and Taylor, JJ.; Adel, J., not voting.